JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO CACERES, an individual; MARIO CACERES successor-in-interest of Decedent MARIO CACERES JIMENEZ; JACQUELINE HERNANDEZ, an individual; JACQUELINE HERNANDEZ successor-in-interest of Decedent MARIO CACERES JIMENEZ; THE ESTATE OF JOSE ANTONIO CACERES successor-in-interest of Decedent MARIO CACERES JIMENEZ; THE ESTATE OF ALFREDO CACERES successor-in-interest of Decedent MARIO CACERES JIMENEZ,<br><br>    Plaintiffs,<br><br>vs.<br><br>HARBOR VILLA CARE CENTER, unknown entity; CASA PACIFICA NURSING CENTER, LLC, a California corporation, and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 8:22-cv-00347-FWS-DFM<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND CASE TO STATE COURT** |

# ORDER

Pursuant to the Joint Stipulation to Remand Case to State Court filed by the parties and good cause appearing, it is hereby ORDERED:

1. Plaintiffs' entire action is remanded to the Superior Court of the State of California for the County of Orange;

2. All matters currently scheduled in this federal action are taken off calendar, vacated, and are moot;

3. The parties to each bear their own respective attorneys' fees and costs with respect to the remand to state court.

4) This Order is without prejudice to the rights, claims, defenses, and arguments of all parties.

**IT IS SO ORDERED.**

DATED: May 12, 2022

Honorable Fred W. Slaughter
UNITED STATES DISTRICT COURT JUDGE